**Jesse LOOR, individually, and as next friend for J.L. a minor, Plaintiff–Appellant,**

v.

**Saily PUENTE, Caridad Hermida, Lissette Tarrago, Officer J. Horovitz, # 7578, Metro Dade Police Department, Officer Rossi, # 5731, Metro Dade Police Department, et al., Defendants–Appellees.**

No. 14–15431
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Oct. 7, 2015.

Jesse Loor, individually, and as next friend for J.L. a Minor, Miami, FL, pro se.

Metro West Detention Warden, Miami, FL, for Plaintiff–Appellant.

Before WILSON, JORDAN, and JILL PRYOR, Circuit Judges.

PER CURIAM:

Jesse Loor, a state pretrial detainee proceeding *in forma pauperis*, appeals pro se from the dismissal of his 42 U.S.C. § 1983 lawsuit for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B). After considering Loor's brief and conducting a de novo review of the record on appeal, we find that the issues and arguments Loor raises are unavailing. Since Loor is proceeding pro se, we liberally construe his pleadings; however, we may not rewrite Loor's complaint. *See Snow v.*

*DirecTV, Inc.*, 450 F.3d 1314, 1320 (11th Cir.2006); *Tannenbaum v. United States,* 148 F.3d 1262, 1263 (11th Cir.1998) (per curiam). Loor failed to state a facially plausible claim for relief against any of the named defendants. *See Ashcroft v. Iqbal,* 556 U.S. 662, 678, 129 S.Ct. 1937, 1949, 173 L.Ed.2d 868 (2009); *see also* § 1915(e)(2)(B) (compelling dismissal when an *in forma pauperis* case fails to state a claim on which relief may be granted). Accordingly, Loor's action was properly dismissed, and we affirm the district court.

**AFFIRMED.**